**Order filed January 29, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01144-CV
_____

### 315 VILLAGES OF KINGS LAKE, LTD., NEHC PROPERTIES, INC., ARETE REAL ESTATE AND DEVELOPMENT COMPANY, JOE FOGARTY AND MUDUGANTI J. REDDY, Appellants

### V.

### PROSPERITY BANK, Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2011-57012**

## O R D E R

This is an appeal from a summary judgment signed August 31, 2012. Appellants filed a timely motion for new trial. The notice of appeal was due November 29, 2012. *See* Tex. R. App. P. 26.1(a). Appellants filed their notice of appeal on December 14, 2012, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied" when the

perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). A motion for extension of time to file the notice of appeal has not been filed with this court, although appellee filed a response objecting to an extension of time. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.CHouston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal in compliance with the Texas Rules of Appellate Procedure on or before **February 11, 2013**. *See* Tex. R. App. P. 26.3; 10.5(b). If appellants do not comply with this order, the court will consider dismissing the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM